Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ERFAN "ERIC" AMIDI, on behalf of himself and all others similarly-situated

vs

SBC GLOBAL SERVICES, INC., a Delaware Corporation; SBC LONG DISTANCE, LLC, a Delaware Corporation; and AT&T SERVICES, INC., a Delaware Corporation and DOES 1 through 100, Inclusive,

FILED
2008 MAY 13 PM 4: 25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KMW _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0858 H NLS**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Timothy D. Cohelan, Esq., SBN 60827
Michael D. Singer, Esq., SBN 115301
COHELAN & KHOURY
605 C Street, Suite 200, San Diego, CA 92101-5305

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY

MAY 13 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action                                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)