### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| ERFAN "ERIC" AMIDI | vs | SBC GLOBAL SERVICES, INC., et al | No. | 08-CV-858 |
|---|---|---|---|---|

| Hon. | N/A | Deputy Clerk | N/A | Court Reporter | N/A |
|---|---|---|---|---|---|

It is hereby ordered that MARILYN L. HUFF hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: _Judge William Q Hayes_

New Case #: _08CV858-WQH (NLS)_

**Please forward judge's court file to new assigned judge.**

Date:    May 16, 2008            Deputy:    _T. Mason, Deputy_