MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MAY 19, 2008

| Erfan Amidi | vs | SBC Global Services, Inc., et al. | No. | 08cv858 |

Hon. Nita L. Stormes    Deputy Clerk   N/A

It is hereby ordered that the **Hon. Nita L. Stormes** hereby **RECUSES** from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: Judge William McCurine, Jr.
New Case #: 08cv858 WQH (WMC)