Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58759
Michael D. Singer, Esq., SBN 115301
**COHELAN & KHOURY**
605 C Street, Suite 200
San Diego, CA 92101-5305
TEL:   (619) 595-3001
FAX:   (619) 595-3000
tcohelan@ck-lawfirm.com
ikhoury@ck-lawfirm.com
msinger@ck-lawfirm.com

Perry G. Smith, Esq., SBN 210401
**BARRITT SMITH LLP**
17310 Red Hill Avenue, Suite 140
Irvine, CA 92614
TEL:   (949) 553-0700
FAX:   (949) 553-0715
psmith@barrittsmith.com

Attorneys for Plaintiff Erfan "Eric" Amidi on behalf of
himself and all others similarly-situated

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>SBC GLOBAL SERVICES, INC., a Delaware Corporation; SBC LONG DISTANCE, LLC, a Delaware Corporation; and AT&T SERVICES, INC., a Delaware Corporation and DOES 1 through 100, Inclusive,<br><br>Defendants. | ) CASE NO. 08CV0858 WQH (WMc)<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>) **PROOFS OF SERVICE OF SUMMONS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Complaint filed:   May 13, 2008<br>) Trial Date:          None set |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **COHELAN & KHOURY**<br>**605 C STREET, #200  200 SAN DIEGO, CA 92101**<br><br>TELEPHONE NO.: **(619) 595-3001**        FAX NO.*(Optional):*  **(619) 595-3000**<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: **880 FRONT STREET** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE:**SAN DIEGO, CA 92101** | |
| BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO** | |

| PLAINTIFF/PETITIONER:  **AMIDI** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  **SBC GLOBAL SERVICES** | **08CV0858HNLS** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet  *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **SBC GLOBAL SERVICES, INC**

   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **MARGARET WILSON, AGENT FOR SERVICE**

4. Address where the party was served: **818 WEST SEVENTH ST**
   **LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X]  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **05/20/2008**   (2) at *(time):* **10:58 am**

   b. [ ]  **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him or her of the general nature of the papers.

   (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

   (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*                            **or** [ ] a declaration of mailing is attached.

   (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | |
|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | Code of Civil Procedure, § 417.10 |

**PROOF OF SERVICE OF SUMMONS**

| PETITIONER: **AMIDI** | CASE NUMBER: |
|---|---|
| RESPONDENT: **SBC GLOBAL SERVICES** | **08CV0858HNLS** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **SBC GLOBAL SERVICES, INC**
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **Robert Hall - Janney & Janney Attorney Service, Inc.**
  b. Address: **1545 Wilshire Bl. #311  Los Angeles, CA 90017**
  c. Telephone number: **(213) 628-6338**
  d. **The fee** for service was: **$ 20.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner     ☐ employee     ☒ independent contractor.
      (ii) Registration No.: **5181**
      (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **05/22/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Bl. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

        **Robert Hall**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) ▶       (SIGNATURE)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br><br>**COHELAN & KHOURY**<br>**605 C STREET, #200  200 SAN DIEGO, CA 92101**<br><br>TELEPHONE NO.: **(619) 595-3001**       FAX NO.*(Optional)*:      **(619) 595-3000**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS: **880 FRONT STREET**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN DIEGO, CA 92101**

BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO**

| | |
|---|---|
| PLAINTIFF/PETITIONER: **AMIDI**<br><br>DEFENDANT/RESPONDENT: **SBC GLOBAL SERVICES** | CASE NUMBER:<br><br>**08CV0858HNLS** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet  *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a.  Party served *(specify name of party as shown on documents served):*
   **SBC LONG DISTANCE, INC**

   b. ☒  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **MARGARET WILSON, AGENT FOR SERVICE**

4. Address where the party was served: **818 WEST SEVENTH ST**
   **LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*

   a. ☒  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **05/20/2008**    (2) at *(time):* **10:58 am**

   b. ☐  **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him or her of the general nature of the papers.

   (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

   (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*             **or** ☐ a declaration of mailing is attached.

   (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br><br>**POS010-1/SD310761**

| PETITICNER: **AMIDI** | CASE NUMBER: |
|---|---|
| RESPONDENT: **SBC GLOBAL SERVICES** | **08CV0858HNLS** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **SBC LONG DISTANCE, INC**
     under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **Robert Hall - Janney & Janney Attorney Service, Inc.**
  b. Address: **1545 Wilshire Bl. #311  Los Angeles, CA 90017**
  c. Telephone number: **(213) 628-6338**
  d. **The fee** for service was: **$ 20.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner    ☐ employee    ☒ independent contractor.
      (ii) Registration No.: **5181**
      (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: **05/22/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Bl. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

_____
      **Robert Hall**           ▶                                
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **COHELAN & KHOURY**<br>605 C STREET, #200  200 SAN DIEGO, CA 92101<br>TELEPHONE NO.: **(619) 595-3001**          FAX NO.*(Optional):*   **(619) 595-3000**<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

   STREET ADDRESS: **880 FRONT STREET**

   MAILING ADDRESS:

   CITY AND ZIP CODE: **SAN DIEGO, CA 92101**

   BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO**

| | |
|---|---|
| PLAINTIFF/PETITIONER: **AMIDI** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **SBC GLOBAL SERVICES** | **08CV0858HNLS** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **AT & T SERVICES, INC.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **MARGARET WILSON, AGENT FOR SERVICE**

4. Address where the party was served: **818 WEST SEVENTH ST**
   **LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **05/20/2008**   (2) at *(time):* **10:58 am**

   b. ☐ **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*          **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PETITIONER: **AMIDI** | CASE NUMBER: |
|---|---|
| RESPONDENT: **SBC GLOBAL SERVICES** | **08CV0858HNLS** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*     (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **AT & T SERVICES, INC.**
     under the following Code of Civil Procedure section:

|  |  |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
|  | ☐ other: |

7. **Person who served papers**
  a. Name: **Robert Hall - Janney & Janney Attorney Service, Inc.**
  b. Address: **1545 Wilshire Bl. #311  Los Angeles, CA 90017**
  c. Telephone number: **(213) 628-6338**
  d. **The fee** for service was: **$ 45.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
       (i) ☐ owner    ☐ employee    ☒ independent contractor.
       (ii) Registration No.: **5181**
       (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **05/22/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Bl. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

_____
**Robert Hall**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶

(SIGNATURE)