1 | Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58759
2 | Michael D. Singer, Esq., SBN 115301
**COHELAN & KHOURY**
3 | 605 C Street, Suite 200
San Diego, CA 92101-5305
4 | TEL:   (619) 595-3001
FAX:   (619) 595-3000
5 | tcohelan@ck-lawfirm.com
ikhoury@ck-lawfirm.com
6 | msinger@ck-lawfirm.com

7 | Perry G. Smith, Esq., SBN 210401
**BARRITT SMITH LLP**
8 | 17310 Red Hill Avenue, Suite 140
Irvine, CA 92614
9 | TEL:   (949) 553-0700
FAX:   (949) 553-0715
10 | psmith@barrittsmith.com

11 | Attorneys for Plaintiff Erfan "Eric" Amidi on behalf of
himself and all others similarly-situated

### UNITED STATES DISTRICT COURT OF CALIFORNIA

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI, on behalf of himself and all others similarly-situated, | ) CASE NO. 08CV0858 WQH (WMc) ) ) **CLASS ACTION** |
| Plaintiffs, | ) ) |
| v. | ) **PROOFS OF SERVICE OF SUMMONS** ) ) |
| SBC GLOBAL SERVICES, INC., a Delaware Corporation; SBC LONG DISTANCE, LLC, a Delaware Corporation; and AT&T SERVICES, INC., a Delaware Corporation and DOES 1 through 100, Inclusive, | ) ) ) ) ) |
| Defendants. | ) ) Complaint filed:   May 13, 2008 ) Trial Date:        None set |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| COHELAN & KHOURY<br>605 C STREET, #200  200 SAN DIEGO, CA 92101<br>TELEPHONE NO.: (619) 595-3001   FAX NO. *(Optional)*: (619) 595-3000<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SOUTHERN DISTRICT - SAN DIEGO

PLAINTIFF/PETITIONER: AMIDI
DEFENDANT/RESPONDENT: SBC GLOBAL SERVICES

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: 08CV0858HNLS

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   **SBC GLOBAL SERVICES, INC**

   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **MARGARET WILSON, AGENT FOR SERVICE**

4. Address where the party was served: **818 WEST SEVENTH ST
   LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 05/20/2008   (2) at *(time)*: 10:58 am

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: from *(city)*:     or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS010-1/SD310760

| PETITIONER: **AMIDI** | CASE NUMBER: |
|---|---|
| RESPONDENT: **SBC GLOBAL SERVICES** | **08CV0858HNLS** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on *(date)*:                           (2) from *(city)*:
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. ☐ as an individual defendant.
 b. ☐ as the person sued under the fictitious name of *(specify)*:
 c. ☐ as occupant.
 d. ☒ On behalf of *(specify)*: **SBC GLOBAL SERVICES, INC**
  under the following Code of Civil Procedure section:
  ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
  ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
  ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
  ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
  ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
 a. Name: **Robert Hall - Janney & Janney Attorney Service, Inc.**
 b. Address: **1545 Wilshire Bl. #311 Los Angeles, CA 90017**
 c. Telephone number: **(213) 628-6338**
 d. **The fee** for service was: **$ 20.00**
 e. I am:
  (1) ☐ not a registered California process server.
  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
  (3) ☒ registered California process server:
   (i) ☐ owner   ☐ employee   ☒ independent contractor.
   (ii) Registration No.: **5181**
   (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
 or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **05/22/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Bl. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

**Robert Hall**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶     (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| COHELAN & KHOURY<br>605 C STREET, #200  200 SAN DIEGO, CA 92101<br>TELEPHONE NO.: **(619) 595-3001**  FAX NO.*(Optional)*: **(619) 595-3000**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SOUTHERN DISTRICT - SAN DIEGO

PLAINTIFF/PETITIONER: **AMIDI**
DEFENDANT/RESPONDENT: **SBC GLOBAL SERVICES**

CASE NUMBER: **08CV0858HNLS**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   **SBC LONG DISTANCE, INC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **MARGARET WILSON, AGENT FOR SERVICE**

4. Address where the party was served: **818 WEST SEVENTH ST**
   **LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **05/20/2008**  (2) at *(time)*: **10:58 am**
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SD310761

| PETITIONER: **AMIDI** | CASE NUMBER: |
|---|---|
| RESPONDENT: **SBC GLOBAL SERVICES** | **08CV0858HNLS** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*          (2) from *(city):*
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **SBC LONG DISTANCE, INC**
      under the following Code of Civil Procedure section:
      - ☒ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: **Robert Hall - Janney & Janney Attorney Service, Inc.**
   b. Address: **1545 Wilshire Bl. #311 Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 20.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner   ☐ employee   ☒ independent contractor.
         (ii) Registration No.: **5181**
         (iii) County: **Los Angeles**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **05/22/2008**

Janney & Janney Attorney Service, Inc.
1545 Wilshire Bl. #311
Los Angeles, CA 90017
(213) 628-6338

**Robert Hall**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| COHELAN & KHOURY<br>605 C STREET, #200  200 SAN DIEGO, CA 92101<br>TELEPHONE NO.: **(619) 595-3001**  FAX NO.*(Optional):* **(619) 595-3000**<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: **880 FRONT STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101**
BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO**

PLAINTIFF/PETITIONER: **AMIDI**
DEFENDANT/RESPONDENT: **SBC GLOBAL SERVICES**

CASE NUMBER: **08CV0858HNLS**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **AT & T SERVICES, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **MARGARET WILSON, AGENT FOR SERVICE**

4. Address where the party was served: **818 WEST SEVENTH ST**
   **LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **05/20/2008**  (2) at *(time):* **10:58 am**
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS010-1/SD310762

| PETITIONER: **AMIDI** | CASE NUMBER: |
|---|---|
| RESPONDENT: **SBC GLOBAL SERVICES** | **08CV0858HNLS** |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   - (1) on *(date):*  (2) from *(city):*
   - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☒ On behalf of *(specify):* **AT & T SERVICES, INC.**
      under the following Code of Civil Procedure section:

      | | |
      |---|---|
      | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☐ other: |

7. **Person who served papers**
   - a. Name: **Robert Hall - Janney & Janney Attorney Service, Inc.**
   - b. Address: **1545 Wilshire Bl. #311  Los Angeles, CA 90017**
   - c. Telephone number: **(213) 628-6338**
   - d. **The fee** for service was: **$ 45.00**
   - e. I am:
      - (1) ☐ not a registered California process server.
      - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      - (3) ☒ registered California process server:
         - (i) ☐ owner   ☐ employee   ☒ independent contractor.
         - (ii) Registration No.: **5181**
         - (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **05/22/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Bl. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

**Robert Hall**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ (SIGNATURE)