1   Timothy D. Cohelan, Esq., SBN 60827
    Isam C. Khoury, Esq., SBN 58759
2   Michael D. Singer, Esq., SBN 115301
    **COHELAN & KHOURY**
3   605 C Street, Suite 200
    San Diego, CA 92101-5305
4   TEL:   (619) 595-3001
    FAX:   (619) 595-3000
5   tcohelan@ck-lawfirm.com
    ikhoury@ck-lawfirm.com
6   msinger@ck-lawfirm.com

7   Perry G. Smith, Esq., SBN 210401
    **BARRITT SMITH LLP**
8   17310 Red Hill Avenue, Suite 140
    Irvine, CA 92614
9   TEL:   (949) 553-0700
    FAX:   (949) 553-0715
10  psmith@barrittsmith.com

11  Attorneys for Plaintiff Erfan "Eric" Amidi on behalf of
    himself and all others similarly-situated

12

            **UNITED STATES DISTRICT COURT OF CALIFORNIA**

13
            **SOUTHERN DISTRICT OF CALIFORNIA**
14

15  ERFAN "ERIC" AMIDI, on behalf of himself   ) **CASE NO. 08CV0858 WQH (WMc)**
    and all others similarly-situated,          )
16                                              ) **CLASS ACTION**
                                                )
17              Plaintiffs,                     )
                                                )
18                                              ) **NOTICE OF APPEARANCE FOR**
                                                ) **PLAINTIFF**
19          v.                                  )
                                                )
20  SBC GLOBAL SERVICES, INC., a Delaware       )
    Corporation; SBC LONG DISTANCE, LLC, a      )
21  Delaware Corporation; and AT&T SERVICES,    )
    INC., a Delaware Corporation and DOES 1     )
22  through 100, Inclusive,                     )
                                                )
23              Defendants.                     )
                                                ) Complaint filed:    May 13, 2008
24  _____    ) Trial Date:         None set

25  **TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:**

26          PLEASE TAKE NOTICE  that Timothy D. Cohelan, of Cohelan & Khoury, hereby

27  appears in this action of behalf of plaintiff ERFAN "ERIC" AMIDI and requests that all copies of

28  all papers in this action be served upon him at Cohelan & Khoury, 605 "C" Street, Suite 200, San

1  Diego, California 92101, Telephone: (619) 595-3001, Facsimile: (619) 595-3000, Email:

2  tcohelan@ck-lawfirm.com, and advises that all notices required by rules of court or by order of

3  court may be sent thereto.

4

5                                                     **COHELAN & KHOURY**
                                                     **BARRITT SMITH LLP**
6                                                     Co-counsel for Plaintiff

7  Dated: May 28, 2008                     By:  ___s/Timothy D. Cohelan_____

8                                                         Timothy D. Cohelan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28