```
 1  Timothy D. Cohelan, Esq., SBN 60827
    Isam C. Khoury, Esq., SBN 58759
 2  Michael D. Singer, Esq., SBN 115301
    COHELAN & KHOURY
 3  605 C Street, Suite 200
    San Diego, CA 92101-5305
 4  TEL:  (619) 595-3001
    FAX:  (619) 595-3000
 5  tcohelan@ck-lawfirm.com
    ikhoury@ck-lawfirm.com
 6  msinger@ck-lawfirm.com

 7  Perry G. Smith, Esq., SBN 210401
    BARRITT SMITH LLP
 8  17310 Red Hill Avenue, Suite 140
    Irvine, CA 92614
 9  TEL:  (949) 553-0700
    FAX:  (949) 553-0715
10  psmith@barrittsmith.com

11  Attorneys for Plaintiff Erfan "Eric" Amidi on behalf of
    himself and all others similarly-situated
12
```

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI, on behalf of himself and all others similarly-situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SBC GLOBAL SERVICES, INC., a Delaware Corporation; SBC LONG DISTANCE, LLC, a Delaware Corporation; and AT&T SERVICES, INC., a Delaware Corporation and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO. 08CV0858 WQH (WMc)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE: NOTICE OF APPEARANCE**<br><br><br>Complaint filed:    May 13, 2008<br>Trial Date:         None set |

I, Amber Worden, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 605 "C" Street, Suite 200, San Diego, California 92101-5305.

1    I further declare that I am readily familiar with the business' practice for collection and
2 processing of correspondence for mailing with United States Postal Service; and that the
3 correspondence shall be deposited with United States Postal Service this same day in the ordinary
4 course of business.

5    On June 2, 2008, I caused to be served a copy of the foregoing document(s) described
6 below:

**NOTICE OF APPEARANCE**

by placing a true copy of each document in a separate envelope addressed as follows:

<u>Agent for Service of Process for Defendants</u>
SBC Global Services, Inc.
SBC Long Distance, LLC
AT&T Services, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

[XX] **BY MAIL:** I placed each for deposit in the United States Postal Service this same day, at my business address shown above, following ordinary business practices.
[ ] **BY FAX:** I transmitted the foregoing document(s) by facsimile to the party identified above by using the facsimile number indicated. Said transmission(s) were verified as complete and without error.
[ ] **BY UNITED PARCEL SERVICE:** I placed each for deposit in the nearest United Parcel Service drop box for pick up this same day and for "next day air" delivery.
[XX] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 2, 2008, at San Diego, California.

*Amber Worden*
Amber Worden

---

CERTIFICATE OF SERVICE                -2-                CASE NO. 08CV0858 WQH (WMc)