Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Erfan "Eric" Amidi, on behalf of himself and all others similarly-situated

vs

SBC Long Distance, LLC, a Delaware Corporation, AT&T Operations, Inc., a Delaware Corporation, and DOES 1 through 100, Inclusive

**SUMMONS IN A CIVIL ACTION** on First Amended Complaint

Case No. 08CV0858 WQH (WMc)

*[Filed stamp: 08 JUN -5 PM 2:17, CLERK U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY: ECC DEPUTY]*

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael D. Singer, Esq., SBN 115301
COHELAN & KHOURY
605 C Street, Suite 200
San Diego, CA 92101    Telephone: (619) 595-3001   Facsimile: (619) 595-3000

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          JUN 0 5 2008
_____                       _____
        CLERK                                              DATE

By _____B. LLOYD_____ [SEAL], Deputy Clerk

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)