1  Timothy D. Cohelan, Esq., SBN 60827
   Isam C. Khoury, Esq., SBN 58759
2  Michael D. Singer, Esq., SBN 115301
   **COHELAN & KHOURY**
3  605 C Street, Suite 200
   San Diego, CA 92101-5305
4  TEL:  (619) 595-3001
   FAX:  (619) 595-3000
5  tcohelan@ck-lawfirm.com
   ikhoury@ck-lawfirm.com
6  msinger@ck-lawfirm.com

7  Perry G. Smith, Esq., SBN 210401
   **BARRITT SMITH LLP**
8  17310 Red Hill Avenue, Suite 140
   Irvine, CA 92614
9  TEL:  (949) 553-0700
   FAX:  (949) 553-0715
10 psmith@barrittsmith.com

11 Attorneys for Plaintiff Erfan "Eric" Amidi on behalf of
   himself and all others similarly-situated
12
                UNITED STATES DISTRICT COURT OF CALIFORNIA
13
                     SOUTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| ERFAN "ERIC" AMIDI, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>SBC LONG DISTANCE, LLC, a Delaware Corporation, AT&T OPERATIONS, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>Defendants. | ) CASE NO. 08CV0858 WQH (WMc)<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE OF FIRST**<br>) **AMENDED COMPLAINT ON**<br>) **DEFENDANT SBC LONG DISTANCE,**<br>) **INC.**<br>)<br>)<br>)<br>)<br>)<br>)<br>) Complaint filed:    May 13, 2008<br>) Trial Date:         None set |

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| COHELAN & KHOURY<br>605 C STREET, #200  200 SAN DIEGO, CA 92101<br>TELEPHONE NO.: **(619) 595-3001**   FAX NO.*(Optional)*: **(619) 595-3000**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: **880 FRONT STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101**
BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO**

PLAINTIFF/PETITIONER: **AMIDI**
DEFENDANT/RESPONDENT: **SBC LONG DISTANCE**

CASE NUMBER: **08-0858**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: **SBC**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: **FIRST AMENDED COMPLAINT; CIVIL COVER SHEET**
3. a. Party served *(specify name of party as shown on documents served)*:
   **SBC LONG DISTANCE, INC., A DELAWARE CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **JUAN DE PABLO, AGENT FOR SERVICE**
4. Address where the party was served: **818 WEST SEVENTH ST**
   **LOS ANGELES, CA 90017**
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **06/06/2008**   (2) at *(time)*: **02:35 pm**
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SD314702

| PETITIONER: **AMIDI** | CASE NUMBER: |
|---|---|
| RESPONDENT: **SBC LONG DISTANCE** | 08-0858 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                        (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **SBC LONG DISTANCE, INC., A DELAWARE CORPORATION**
      under the following Code of Civil Procedure section:
      
      | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      |---|---|
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☐ other: |

7. **Person who served papers**
   a. Name: **De'Andre Johnson - Janney & Janney Attorney Service, Inc.**
   b. Address: **1545 Wilshire Blvd., Ste. 311  Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 20.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner     ☒ employee     ☐ independent contractor.
         (ii) Registration No.: **140**
         (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **06/09/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Blvd., Ste. 311**
**Los Angeles, CA 90017**
**(213) 628-6338**

| **De'Andre Johnson** | *(signature)* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

POS-010 [Rev January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

POS-010/SD314702