```
 1  TIMOTHY D. COHELAN (SB# 60827)
    ISAM C. KHOURY (SB# 58759)
 2  MICHAEL D. SINGER (SB# 115301)
    COHELAN & KHOURY
 3  605 C Street, Suite 200
    San Diego, CA 92101-5305
 4  Telephone: (619) 595-3001
    Facsimile: (619) 595-3000
 5  Email: tcohelan@ck-lawfirm.com
           ikhoury@ck-lawfirm.com
 6         msinger@ck-lawfirm.com

 7  Attorneys for Plaintiffs
    ERFAN "ERIC" AMIDI ON BEHALF OF
 8  HIMSELF AND ALL OTHERS SIMILARLY-
    SITUATED
 9
    J. AL LATHAM, JR. (SB# 71605)
10  DEBORAH S. WEISER (SB# 167132)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
11  515 South Flower Street
    Twenty-Fifth Floor
12  Los Angeles, CA 90071-2228
    Telephone: (213) 683-6000
13  Facsimile: (213) 627-0705
    Email: allatham@paulhastings.com
14         deborahweiser@paulhastings.com

15  Attorneys for Defendants
    SBC LONG DISTANCE, LLC and
16  AT&T OPERATIONS, INC.
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SBC LONG DISTANCE, LLC, a Delaware Corporation, AT&T OPERATIONS, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 08CV0858 WQH (WMc)<br><br>**JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge:      William Q. Hayes<br>Magistrate: William McCurine, Jr.<br><br>Class Action Complaint Filed:<br>              May 13, 2008 |

1  Plaintiff Erfan Amidi ("Plaintiff") and defendants SBC Long Distance,
2  LLC and AT&T Operations, Inc. ("Defendants"), by and through counsel of record,
3  respectfully request that the United States Magistrate Judge of the United States
4  District Court of the Southern District of California, William McCurine, Jr.,
5  reschedule the Early Neutral Evaluation conference in the matter captioned above
6  set for August 4, 2008, at 9:30 a.m., to a date at least sixty days thereafter, on a date
7  convenient for the Court.

9  Good cause for the request exists in that this case is a purported class
10 action on behalf of a class of persons who worked for Defendants in California in
11 various Information Technology (IT) positions and were allegedly misclassified as
12 exempt from overtime laws.  Defendants were served with Plaintiff's First
13 Amended Complaint in this matter and filed their Answer in June.  The parties need
14 time to investigate the claims, particularly with respect to the scope of the purported
15 class Plaintiff seeks to represent.  The parties agree that it will not be possible at
16 this stage to assess the possible settlement value of the case.  They will be in a
17 better position to comply with the Court's Order requiring that they be "legally and
18 factually prepared to discuss and resolve the case at the Early Neutral Evaluation
19 conference" if the Early Neutral Evaluation conference is continued to a date in
20 October 2008.

22 THEREFORE, IT IS HEREBY STIPULATED by and between
23 Plaintiff Erfan Amidi, by and through his counsel of record, Timothy D. Cohelan
24 and Cohelan & Khoury, and Defendants SBC Long Distance, LLC and AT&T
25 Operations, Inc., by and through their counsel of record, J. Al Latham, Jr. and Paul,
26 Hastings, Janofsky & Walker LLP, that the date for conducting the Early Neutral

1  Evaluation Conference be extended and continued by sixty (60) days from
2  August 4, 2008, to a date convenient for the Court.

DATED: July 10, 2008         TIMOTHY D. COHELAN
                             ISAM C. KHOURY
                             MICHAEL D. SINGER
                             COHELAN & KHOURY


                             By:   s/Timothy D. Cohelan
                                      TIMOTHY D. COHELAN

                             Attorneys for Plaintiff
                             ERFAN "ERIC" AMIDI ON BEHALF OF
                             HIMSELF AND ALL OTHERS SIMILARLY-
                             SITUATED


DATED: July 11, 2008         J. AL LATHAM, JR.
                             DEBORAH S. WEISER
                             PAUL, HASTINGS, JANOFSKY & WALKER LLP


                             By:   /s/ J. Al Latham, Jr.
                                      J. AL LATHAM, JR.

                             Attorneys for Defendants
                             SBC LONG DISTANCE, LLC and
                             AT&T OPERATIONS, INC.

---

Case No. 08CV0858 WQH (WMc)         -2-         JOINT MOTION TO CONTINUE EARLY
LEGAL_US_W # 59384510.1                         NEUTRAL EVALUATION CONFERENCE

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 515 S. Flower Street, 25th Floor, Los Angeles, California 90071.

On July 11, 2008, I served:

**JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, Los Angeles, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at Los Angeles, California on July 11, 2008.

FRANCINE SHELDON

CASE NO. 08CV0858 WQH (WMC)

LEGAL US W # 59240127.1

## SERVICE LIST

Timothy D. Cohelan*
Isam C. Khoury
Michael D. Singer
Cohelan & Khoury
605 C Street, Suite 200
San Diego, CA 92101-5305

Counsel for Plaintiff
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Perry G. Smith **
BARRITT SMITH LLP
17310 Red Hill Ave., Suite 140
Irvine, CA 92614

Co-Counsel for Plaintiff
Telephone: (949) 553-0700
Facsimile: (949) 553-0715

*Sent via E-file

**Sent via U.S. mail

CASE NO. 08CV0858 WQH (WMC)

LEGAL US W # 59240127.1