UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI, on behalf of himself and all others similarly-situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SBC LONG DISTANCE, LLC, a Delaware Corporation, AT&T OPERATIONS, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br>　　　　　Defendants. | CASE NO. 08CV0858 WQH (WMc)<br><br>**[PROPOSED] ORDER RE: JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge:　　　William Q. Hayes<br>Magistrate:　William McCurine, Jr.<br><br>Class Action Complaint Filed:<br>　　May 13, 2008 |

# [PROPOSED] ORDER

On the joint motion of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference in this action, scheduled for August 4, 2008, is hereby vacated and rescheduled to _____.

IT IS SO ORDERED.

Dated: _____       _____
Hon. William McCurine, Jr.
United States Magistrate Judge

## PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 515 S. Flower Street, 25th Floor, Los Angeles, California 90071.

On July 11, 2008, I served:

**[PROPOSED] ORDER RE: JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, Los Angeles, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at Los Angeles, California on July 11, 2008.

FRANCINE SHELDON

CASE NO. 08CV0858 WQH (WMC)

LEGAL US W # 59240127.1

## SERVICE LIST

| | |
|---|---|
| Timothy D. Cohelan* <br> Isam C. Khoury <br> Michael D. Singer <br> Cohelan & Khoury <br> 605 C Street, Suite 200 <br> San Diego, CA 92101-5305 <br><br> Counsel for Plaintiff <br> Telephone: (619) 595-3001 <br> Facsimile:  (619) 595-3000 | Perry G. Smith ** <br> BARRITT SMITH LLP <br> 17310 Red Hill Ave., Suite 140 <br> Irvine, CA 92614 <br><br> Co-Counsel for Plaintiff <br> Telephone: (949) 553-0700 <br> Facsimile:  (949) 553-0715 |

*Sent via E-file

**Sent via U.S. mail

CASE NO. 08CV0858 WQH (WMC)

LEGAL US W # 59240127.1