# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI,<br><br>                     Plaintiff,<br>vs.<br><br>SBC LONG DISTANCE, LLC, et al.,<br><br>                    Defendant. | CASE NO. 08cv858-WQH (WMc)<br><br>ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE |

On July 11, 2008, the parties filed a Joint Motion For Continuance of Early Neutral Evaluation Conference (ENE). That motion is **DENIED**. The Court will allow the ENE to be held telephonically. **COUNSEL ARE REQUIRED TO PARTICIPATE. PARTIES ARE NOT REQUIRED TO PARTICIPATE. <u>COUNSEL FOR PLAINTIFF IS ORDERED TO INITIATE THE CALL BY FIRST TELEPHONING OPPOSING COUNSEL AND THEN TELEPHONING THE COURT AT 619-557-6624.</u>**

IT IS SO ORDERED.

DATED: July 25, 2008

                                              Hon. William McCurine, Jr.
                                              U.S. Magistrate Judge
                                              United States District Court