1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                  **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   ERFAN AMIDI,                              CASE NO. 08cv858-WQH (WMc)
12                             Plaintiff,
                 vs.
13   SBC GLOBAL SERVICES, INC., et al.,
14                             Defendant.
15
16          On August 4, 2008 the Court had scheduled a telephonic Early Neutral Evaluation
17   Conference in the above entitled action.  Participating for Plaintiff were Tim Cohelan, Esq., Kimberly
18   Neilson, Esq. and Barry Smith, Esq. Participating for Defendant were Al Latham, Esq. and Lysha
19   Weston.
20          Due to the Court's unavailability the parties agreed to proceed with the Fed. R.Civ. P. 26
21   compliance.
22          Therefore, the Court issues the following orders:
23          1.    The Rule 26(f) conference shall be completed before *September 12, 2008*;
24          2.    A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before
25                *September 26, 2008*.  Regarding each witness, the discovery plan will include the
26                name, most current address, most current phone number, and a brief description of the
27                subject matter of his/her testimony.   The discovery plan will also include the
28                anticipated dates for the completion of both non-expert discovery and expert

1    discovery; and,

2    3.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before

3    *October 8, 2008*;

4    4.    Counsel and parties with full settlement authority are ordered to appear ***on October 15,***

5    ***2008*** at ***9:45 a.m.*** in the chambers of United States Magistrate Judge William

6    McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a

7    Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full**

8    **authority to settle means that the individual present at the settlement conference**

9    **has the unfettered discretion and authority to: 1) fully explore settlement options**

10   **and to agree at that time to any settlement options; 2) agree at that time to any**

11   **settlement terms acceptable to the parties; 3) change the settlement position of a**

12   **party; and 4) negotiate monetary awards without being restricted to a specific**

13   **sum certain**.

14   Failure of any counsel or party to comply with this Order will result in the imposition of

15   sanctions.

16   IT IS SO ORDERED.

17   DATED: August 18, 2008

18   _____

19   Hon. William McCurine, Jr.
     U.S. Magistrate Judge
20   United States District Court

21

22

23

24

25

26

27

28