# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>SBC LONG DISTANCE, LLC, et al.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 08cv858-WQH (WMc)<br><br>ORDER CONFIRMING SETTLEMENT CONFERENCE DATE AND EXTENDING DEADLINE FOR INITIAL DISCLOSURES AND JOINT DISCOVERY PLAN |

On September 10, 2008, the Court received a joint letter from the parties requesting a full day settlement conference be scheduled for October 22, 2008. The Court has calendared a day-long settlement conference for October 22, 2008, at 9:30 a.m. The parties are advised **all named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>,** shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the settlement conference. **<u>Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain</u>**.

Counsel and parties also request an extension of time within which to complete their joint

discovery plan and exchange initial disclosures pursuant to the Federal Rules of Civil Procedure. The Court will extend those current dates as follows: 1) the joint discovery plan shall be lodged with the Court on or before November 3, 2008; 2) initial disclosures shall be exchanged on or before November 14, 2008.

IT IS SO ORDERED.

DATED: September 22, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court