# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFAN "ERIC" AMIDI,<br><br>                         Plaintiff,<br>  vs.<br>SBC LONG DISTANCE, LLC, et al.,<br><br>                         Defendant. | CASE NO. 08cv858-WQH (WMc)<br><br>ORDER |

On October 22, 2008, the Court held a full day settlement conference. Appearing were Islam Khoury, J. Jason Hill, Michael Singer and Erfan Amidi for Plaintiff. Appearing for Defendant were J. Al Latham, Deborah Weiser and Lysha Weston. The parties reached a settlement which was placed on the record. A telephonic status conference will be held **November 19, 2008, at 9:15 a.m.** <u>Counsel for Defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624</u>.

IT IS SO ORDERED.

DATED: October 23, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court