1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11  ERFAN "ERIC" AMIDI, on behalf of         CASE NO. 08CV0858 WQH (WMC))
    himself and all others similarly-situated,
12

13         Plaintiffs,                       ORDER FOR PRELIMINARY APPROVAL
                                             OF CLASS ACTION SETTLEMENT,
14                                           CONDITIONAL  CLASS CERTIFICATION,
                                             APPROVAL OF CLASS NOTICE, AND
15         v.                                SETTING OF A FINAL FAIRNESS
                                             HEARING
16
    SBC LONG DISTANCE, LLC, a               Date:          January 21, 2009
17  Delaware Corporation, AT&T              Time:          2:00 p.m.
    OPERATIONS, INC., a Delaware            Dept:          Courtroom C
18  Corporation, and DOES 1 through 100,
    Inclusive,
19                                          Complaint Filed:    May 13, 2008
                                           TRIAL DATE:         NONE SET
20                 Defendants.

21
22
23
24
25
26
27
28

1    The Court, having fully reviewed the Joint Motion for Preliminary Approval of

2    Class Action Settlement, the supporting Points and Authorities, Declaration of

3    Isam C. Khoury, the Settlement Agreement, Notice of Class Action Settlement and Claim

4    Form, and the Proposed Order Granting Preliminary Approval, and in recognition of the

5    Court's duty to make a preliminary determination as to the reasonableness of any

6    proposed Class Action settlement, and if preliminarily determined to be reasonable, to

7    ensure proper notice is provided to Class Members in accordance with due process

8    requirements; and to conduct a Final Approval hearing as to the good faith, fairness,

9    adequacy and reasonableness of any proposed settlement, THE COURT HEREBY

10   MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

11

12   1.    The Court finds, on a preliminary basis, that the Settlement Agreement,

13   incorporated in full by this reference and  made a part of this Order of Preliminary

14   Approval, appears to be within the range of reasonableness of a settlement which could

15   ultimately be given final approval by this Court; the Court notes that Defendants SBC

16   Services, Inc. and AT&T Operations, Inc. ("Defendants") have agreed to pay the

17   Maximum Settlement Amount of $525,000, plus the employer's share of payroll taxes, to

18   the Plaintiff, Class Members, the Class Representative, Class Counsel, the Claims

19   Administrator, and the State of California Labor Workforce and Development Agency, in

20   full satisfaction of the claims as more specifically described in the Settlement Agreement;

21

22   It further appears to the Court, on a preliminary basis, that the settlement is fair and

23   reasonable to Class Members when balanced against the probable outcome of further

24   litigation relating to class certification, liability and damages issues, and potential appeals

25   of rulings.  It further appears that significant informal discovery, investigation, research,

26   and litigation has been conducted such that counsel for the Parties at this time are able to

27   reasonably evaluate their respective positions.  It further appears that settlement at this

28   time will avoid substantial costs, delay and risks that would be presented by the further

1   prosecution of the litigation.  It also appears that the proposed Settlement has been

2   reached as the result of intensive, informed and non-collusive negotiations between the

3   Parties;

4

5   ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR ORDER

6   OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY

7   GRANTED; AND AS A PART OF SAID PRELIMINARY APPROVAL, THE COURT

8   HEREBY ACCEPTS AND INCORPORATES THE PARTIES' SETTLEMENT

9   AGREEMENT AND HEREBY TEMPORARILY AND CONDITIONALLY CERTIFIES

10  THE CLASS FOR SETTLEMENT PURPOSES ONLY PURSUANT TO THE TERMS

11  AND CONDITIONS CONTAINED IN SAID SETTLEMENT AGREEMENT.

12

13  2.      The Court finds that the Notice of Class Action Settlement and Claim Form

14  advise of the pendency of the Class Action and of the proposed settlement, of preliminary

15  Court approval of the proposed Settlement, claim submission timing and procedures, opt-

16  out timing and procedures, and of the Final Approval Hearing.  These documents fairly

17  and adequately advise Class Members of the terms of the proposed Settlement and the

18  benefits available to Class Members thereunder, as well as their right to "Opt-Out" and

19  procedures for doing so, and of the Final Approval Hearing and the right of Class

20  Members to file documentation in support or in opposition and to appear in connection

21  with said hearing; the Court further finds that said Notice clearly comports with all

22  constitutional requirements including those of due process;

23

24  ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY

25  APPROVES THE PROPOSED NOTICE OF PROPOSED CLASS ACTION

26  SETTLEMENT AND THE PROPOSED CLAIM FORM;

27

28

1    3.    The mailing to the present and last known addresses of the Class Members

2    constitutes an effective method of notifying Class Members of their rights with respect to

3    the Class Action and Settlement; ACCORDINGLY, IT IS HEREBY ORDERED as

4    follows:

5

6    (a)    On or before January 29, 2009 (within five (5) business days of the

7    Court's entry of the Order Granting Preliminary Approval of the Settlement and Notice),

8    Defendants shall forward to the appointed Claims Administrator, Rust Consulting, Inc., a

9    database (in an electronic spreadsheet format) of all Class Members, including the names,

10   last known addresses and telephone numbers, dates of employment in exempt positions at

11   any of the AT&T family of companies during the Covered Period,  social security

12   numbers, and respective total compensable workweeks worked during the Covered

13   Period, May 13, 2004 through date of preliminary approval.  Within 10 business days of

14   the Court's entry of the Order Granting Preliminary Approval of the Settlement,

15   Defendant shall provide notice as required by the Class Action Fairness Act ("CAFA");

16

17   (b)    On or before February 20, 2009, (within thirty (30) calendar days of

18   the Court's entry of the Order Granting Preliminary Approval of the Settlement and

19   Notice), the Claims Administrator, Rust Consulting, Inc., shall mail to each Class

20   Member[1], by first class, postage pre-paid, the Notice of Class Action Settlement, Claim

21   Form, Exclusion Form, and a postage-paid envelope addressed to the Claims

22   Administrator.

23

24   All mailings shall be made to the present and/or last known mailing

25   address of the Class Members based on Defendants' records, as well as addresses that

---

[1]  Class Member is defined in the Settlement Agreement as follows:  Plaintiff and all
persons who work or worked for SBC Long Distance, LLC or AT&T Operations, Inc. in the State
of California in the positions of Database Administrator or Senior Database Administrator during
the Covered Period, which is defined as May 13, 2004 through the date of preliminary approval
of the Settlement.

ORDER FOR PRELIMINARY APPROVAL                    CASE NO. 08CV0858 WQH (WMC)
OF CLASS ACTION SETTLEMENT            -3-

1    may be located by the Claims Administrator, who will conduct standard address searches

2    in cases of returned mail.  The Court finds that the mailing of notices to Class Members as

3    set forth in this paragraph is the best means practicable by which to reach Class Members

4    and is reasonable and adequate pursuant to all constitutional and statutory requirements

5    including all due process requirements.

6

7          (c)      On or before April 6, 2009, (no later than fifteen (15) calendar days

8    before the Claims Period deadline / 45 days after mailing the Class Notice), the Claims

9    Administrator, Rust Consulting, Inc., shall mail a "reminder" post-card to those Class

10   Members who have not responded to the Notice of Proposed Class Action Settlement with

11   the return of a Claim Form, or an Exclusion Form, reminding them of the deadline in

12   which to act to make a claim.

13

14         4.      IT IS FURTHER ORDERED that all:

15

16         (a)      Requests for Exclusion ("opt-out requests") must be mailed to the

17   Claims Administrator, Rust Consulting, Inc., postmarked on or before April 21, 2009,

18   (sixty (60) calendar days from the mailing of the Notice Packet to submit their Claim

19   Form or Exclusion Form.)

20

21         (b)      Objections must be filed with the Court as described in the Class

22   Notice on or before March 23, 2009, (thirty (30) calendar days from the mailing of the

23   Notice Packet to submit their Claim Form or Exclusion Form.)and served on Counsel for

24   the Plaintiff and on Counsel for Defendants.

25

26         (c)      Claim Forms must be mailed to the Claims Administrator,

27   postmarked on or before April 21, 2009, (sixty (60) calendar days from the mailing of the

28   Notice Packet to submit their Claim Form or Exclusion Form.)

ORDER FOR PRELIMINARY APPROVAL                    CASE NO. 08CV0858 WQH (WMC)
OF CLASS ACTION SETTLEMENT            -4-

5.     IT IS FURTHER ORDERED that the Final Approval Hearing shall be held before the undersigned at 2:00 p.m. on May 27, 2009 at the above-entitled court located at the 940 Front Street, Dept. C, San Diego, California 92101 to consider the fairness, adequacy and reasonableness of the proposed Settlement preliminarily approved by this Order of Preliminary Approval, and to consider the application of Class Counsel Cohelan Khoury & Singer for an award of reasonable attorneys' fees, litigation expenses, class representative enhancement, and for costs of claims administration incurred;

6.     IT IS FURTHER ORDERED all briefs in support of the proposed Settlement shall be served and filed with the Court on or before May 15, 2009

7.     IT IS FURTHER ORDERED that pending final determination of whether this proposed Settlement should be granted final approval, no Class Member, either directly or representatively, or in any other capacity, shall commence or prosecute any action or proceeding asserting any of the Class Members' Released Claims, as defined in the Settlement Agreement, against Defendants, or any other Class Member Released Parties, in any court or tribunal;

8.     IT IS FURTHER ORDERED that any party to this case, including Class Members, may appear at the Final Approval Hearing in person or by counsel, and may be heard to the extent allowed by the Court, in support of or in opposition to, the Court's determination of the good faith, fairness, reasonableness and adequacy of the proposed Settlement, the requested attorneys' fees and litigation expenses, and any Order of Final Approval and Judgment regarding such Settlement, fees and expenses; provided, however, that no person, except Class Counsel and counsel for Defendants, shall be heard in opposition to such matters unless such person has complied with the conditions set forth in the Notice of Proposed Class Action Settlement which conditions are incorporated therein;

1    9.    IT IS FURTHER ORDERED that in the event of the occurrence of the

2   Settlement Effective Date, as defined in the Settlement Agreement, all Class Members,

3   except those who have requested exclusion from the settlement, and their successors shall

4   conclusively be deemed to have given full releases of any and all Class Members'

5   Released Claims as defined in the Settlement Agreement against Defendants, their former

6   and present parents, subsidiaries, affiliated corporations and entities, including but not

7   limited to Pacific Bell Telephone Company, and each of their respective officers, officials,

8   directors, employees, partners, shareholders and agents, any other successors, assigns or

9   legal representatives ("Class Members' Released Parties") and all such Class Members

10   and their successors shall be permanently enjoined and forever barred from asserting any

11   Class Members' Released Claims against any Class Members' Released Parties as

12   described by the Settlement Agreement;

13

14    10.    IT IS FURTHER ORDERED that if, for any reason, the Court does not

15   execute and file an Order of Final Approval, or if the Settlement Effective Date does not

16   occur for any reason whatsoever, the proposed Settlement Agreement and the proposed

17   Settlement subject of this Order and all evidence and proceedings had in connection

18   therewith, shall be without prejudice to the *status quo ante* rights of the parties to the

19   litigation as more specifically set forth in the Settlement Agreement.

20

21    11.    IT IS FURTHER ORDERED that, pending further order of this Court, all

22   proceedings in this matter except those contemplated herein and in the Settlement

23   Agreement are stayed.

24

25

26

27

28

ORDER FOR PRELIMINARY APPROVAL               CASE NO. 08CV0858 WQH (WMC)
OF CLASS ACTION SETTLEMENT          -6-

1    The Court expressly reserves the right to adjourn or continue the Final Approval Hearing

2    from time-to-time without further notice to the Class Members.

3

4    IT IS SO ORDERED.

5

6    Dated:  January 22, 2009

7

8

9                                              JUDGE OF THE UNITED STATES
   DISTRICT COURT FOR THE

10                                              SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28